**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GEORGE MOORE, individually and on Behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) Case No. 1:21-cv-01106 |
| v. | ) ) Hon. Judge Franklin U. Valderrama |
| LIVEFREE EMERGENCY RESPONSE, INC., *et al.*, | ) ) Hon. Magistrate Judge M. David Weisman ) |
| Defendants. | ) ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
DEFENDANT LIVEFREE EMERGENCY RESPONSE, INC. ONLY**

Plaintiff, GEORGE MOORE, and Defendant LIVEFREE EMERGENCY RESPONSE, INC., by and through their undersigned attorneys, hereby stipulate to the dismissal of this Action with prejudice as to Plaintiff's individual claims, and without prejudice as to the putative class members' claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

By: /s/ David B. Levin
Attorney for Plaintiff
Illinois Attorney No. 6212141
Law Offices of Todd M. Friedman, P.C.
111 W. Jackson Blvd., Suite 1700
Chicago, IL 60604
Phone: (224) 218-0882
dlevin@toddflaw.com

By: /s/ Stephanie A. Strickler
Attorney for Defendant
Illinois Attorney No. 6314089
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
Phone: (312) 334-3469
sstrickler@messerstrickler.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 8, 2022, a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                   <u>/s/ David B. Levin</u>
                   Attorney for Plaintiff