# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

George Moore

                      Plaintiff,

v.                                                Case No.: 1:21−cv−01106
                                              Honorable Franklin U. Valderrama

Livefree Emergency Response, Inc., et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 4, 2022:

    MINUTE entry before the Honorable Franklin U. Valderrama: Pursuant to Plaintiff's Notice of Withdrawal of Motion for Default Judgment and Notice of Dismissal with Prejudice as to Defendant Iban Global LLC Only [32], the Court terminates Plaintiff's Motion for Default Judgment Against Defendant Iban Global LLC [31]. Additionally, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff's claims against Defendant Iban Global LLC are dismissed with prejudice. Pursuant to the Stipulation of Dismissal with Prejudice as to Defendant Livefree Emergency Response and Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's individual claims against Livefree Emergency Response are dismissed with prejudice, and without prejudice as to the putative class members' claims. Each party shall bear its own costs and attorneys' fees. Because Plaintiff has dismissed Iban Global LLC and Livefree Emergency Response, the only defendants remaining on the docket are Does 1−10. The Court accordingly understands this case to be terminated. If that is not the case, by no later than 04/11/2022, Plaintiff shall file a status report advising the status of the case and the status of service with respect to the remaining defendants. If no status report is received by that date, the Court will terminate the action. Mailed notice (axc).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.