# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

George Moore

       Plaintiff,

v.            Case No.: 1:21–cv–01106

            Honorable Franklin U. Valderrama

Livefree Emergency Response, Inc., et al.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 18, 2022:

   MINUTE entry before the Honorable Franklin U. Valderrama: Based on the fact that Plaintiff has not filed a status report regarding Does 1–10 by 04/11/2022 [34], this case is dismissed without prejudice. This civil case is terminated. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.